IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFERY MARK PEDERSEN,

                                               ORDER

            Appellant,

                                               09-cv-693-bbc

    v.

HOWARD D. WHITE, Trustee,

           Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In Re the Bankruptcy of

JEFFERY MARK PEDERSEN,

                                             07-13169-tsu

           Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Appellant Jeffery Mark Pedersen, a prisoner at the Stanley Correctional Institution in Stanley, Wisconsin, has filed a notice of appeal of an order of the Bankruptcy Court excepting from discharge certain of appellant's debts under 11 U.S.C. § 523(a). He has not paid the $255 fee for filing an appeal. Therefore, I construe the notice to include a request for leave to proceed <u>in forma pauperis</u> in this case.

      Appellant is a prisoner and his appeal is subject to the 1996 Prison Litigation Reform Act. This means that appellant is required under 28 U.S.C. § 1915(a)(2) to submit a

certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his appeal.  Appellant's notice of appeal was filed on July 13, 2009.  His trust fund account statement should cover the time period beginning approximately January 12, 2009 and ending approximately July 13, 2009.  Appellant should show a copy of this order to prison officials to make sure that they know they should send appellant's trust fund account statement to this court.

ORDER

IT IS ORDERED that appellant Jeffrey Mark Pedersen may have until December 10, 2009, in which to submit a certified copy of his trust fund account statement for the six-month period beginning approximately January 12, 2009 to July 13, 2009.  If, by December 10, 2009, plaintiff fails to submit the required trust fund account statement or show cause for his failure to do so, the clerk of court is directed to close this case for appellant's failure to prosecute.

Entered this 19th day of November, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2