IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFERY MARK PEDERSEN,

                                      ORDER

            Appellant,

                                  09-cv-693-bbc

    v.

HOWARD D. WHITE, Trustee,

           Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In Re the Bankruptcy of

JEFFERY MARK PEDERSEN,

                                  07-13169-tsu

           Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on November 19, 2009, I told appellant that before I could consider his request to proceed <u>in forma pauperis</u> he would have to submit a trust fund account statement covering the six-month period preceding the filing of his bankruptcy appeal so that I could assess an initial partial payment of the $255 fee for filing this appeal. Appellant has submitted the requested statement. From the statement, I have calculated appellant's initial partial payment to be $7.70. If appellant does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that appellant is

1

free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount appellant must pay at this time is the $7.70 initial partial payment. Before prison officials take any portion of that amount from appellant's release account, they may first take from appellant's regular account whatever amount up to the full amount appellant owes. Appellant should show a copy of this order to prison officials to insure that they are aware they should send appellant's initial partial payment to the bankruptcy court.

ORDER

IT IS ORDERED that appellant is assessed $7.70 as an initial partial payment of the $255 fee for filing this appeal. He is to submit a check or money order made payable to the clerk of the bankruptcy court in the amount of $7.70 on or before January 4, 2010. If, by January 4, 2010, appellant fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to appellant's filing his case at a later date.

Entered this 11th day of December, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge