IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFERY MARK PEDERSEN,

                                                              MEMORANDUM
                              Appellant,

                                                              09-cv-693-bbc
            v.

HOWARD D. WHITE, Trustee,

                              Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
In Re the Bankruptcy of

JEFFERY MARK PEDERSEN,

                                                              07-13169-tsu
                              Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Appellant Jeffery Pedersen has filed an unsigned brief in support of this bankruptcy

action.  Dkt. #7.  Under Fed. R. Civ. P. 11(a), every pleading, motion and other paper filed

with the court must be signed by the party if that party is not represented by counsel.  "The

court must strike an unsigned paper unless the omission is promptly corrected after being

called to the attorney's or party's attention."  Therefore, I am returning a copy of plaintiff's

brief to him with his copy of this memorandum and giving him until April 15, 2010, in

which to sign and return the document to this court.  If he does not do so, I will strike the

1

the document under Rule 11(a).

Entered this 1st day of April, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge