IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re JEFFERY MARK PEDERSEN

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-693-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing Jeffery Pedersen's bankruptcy appeal for lack of jurisdiction.

_____     _6/1/10_
Peter Oppeneer, Clerk of Court          Date